| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **NICOLAS A. DALUISO, #163553**<br>**JOE SOLSENG, #262127**<br>**ROBINSON TAIT, P.S.**<br>**710 Second Avenue, Suite 710**<br>**Seattle, Washington 98104**<br>**Telephone: (206) 876-3268**<br>**Fax: (206) 676-9659**<br><br>☒ *Attorney for:* **Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Trust 2007-AR9, Mortgage Pass-Through Certificates, Series 2007-AR9 under the Pooling and Servicing Agreement dated April 1, 2007** | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: **BRYAN KEITH SWANSON AND JAMIE ANN SWANSON** | CHAPTER: **13**<br>CASE NO.: **8:09-bk-18798-ES** |
|---|---|
| **Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Trust 2007-AR9, Mortgage Pass-Through Certificates, Series 2007-AR9 under the Pooling and Servicing Agreement dated April 1, 2007**<br>Movant(s),<br>vs.<br>**BRYAN KEITH SWANSON AND JAMIE ANN SWANSON, Debtors and Amrane Cohen, Trustee,**<br>Debtor(s). | DATE: **April 20, 2010**<br><br>TIME: **9:30 AM**<br><br>CTRM: **5A**<br><br>FLOOR: **5** |

**AMENDED NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY
UNDER 11 U.S.C. § 362 (with supporting declarations)
(MOVANT: <u>Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Trust 2007-AR9, Mortgage Pass-Through Certificates, Series 2007-AR9 under the Pooling and Servicing Agreement dated April 1, 2007</u>)
(Real Property)**

1. NOTICE IS HEREBY GIVEN to the Debtor(s) and Trustee (if any) ("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay as to Debtors(s) and Debtor's(s) bankruptcy estate on the grounds set forth in the attached Motion.

2. **Hearing Location:**   ☐ **255 East Temple Street, Los Angeles**    ☒ **411 West Fourth Street, Santa Ana**
    ☐ **21041 Burbank Boulevard, Woodland Hills**    ☐ **1415 State Street, Santa Barbara**
    ☐ **3420 Twelfth Street, Riverside**

3. a. ☒ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

   b. ☐ This Motion is being heard on SHORTENED NOTICE. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence may be filed and served:

      ☐ at the hearing    ☐ at least _____ court days before the hearing.

   (1) ☐ An Application for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

   (2) ☐ An Application for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court.

   (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's office to obtain a copy of an approved court form for use in preparing your response (*Optional Court Form F 4001-1M.RES*), or you may prepare your response using the format required by Local Bankruptcy Rule 1002-1.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*    **F 4001-1M.RP**

| In re | (SHORT TITLE) | CHAPTER: **13** |
|---|---|---|
| **Bryan Keith Swanson and Jamie Ann Swanson** | Debtor(s). | CASE NO.: **8:09-bk-18798-ES** |

5. If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: **April 6, 2010**

**ROBINSON TAIT, P.S.**
*Print Law Firm Name (if applicable)*

**NICOLAS A. DALUISO** _____
*Print Name of Individual Movant or Attorney for Movant*
EFS/WMB/12368

*/s/Nicolas A. Daluiso*_____
*Signature of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*    **F 4001-1M.RP**

| | | |
|---|---|---|
| In re **BRYAN KEITH SWANSON AND JAMIE ANN SWANSON** | (SHORT TITLE) Debtor(s). | CHAPTER: **13** CASE NO.: **8:09-bk-18798-ES** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Robinson Tait, PS
710 Second Avenue, Suite 710
Seattle, WA 98104

The foregoing document described **AMENDED NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 6, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**DEBTORS' ATTORNEY:**
Gregory J Doan
ecf@doanlaw.com

**CHAPTER 13 TRUSTEE:**
Amrane Cohen
efile@ch13ac.com

**U.S. TRUSTEE:**
U.S. Trustee
United States Trustee (SA)
Ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 6, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge* will be *completed no later than 24 hours after the document is filed.*

**DEBTORS:**
Bryan Keith Swanson and
Jamie Ann Swanson
984 N Sacramento St
Orange, CA 92867

**JUDGE'S CHAMBERS:**
United States Bankruptcy Court - Central District of California
Attn: Honorable Erithe A. Smith
Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*                                                                                                           **F 4001-1M.RP**

Motion for Relief from Stay (Real Property) - *Page 4 of 4*    **F 4001-1M.RP**

| In re | (SHORT TITLE) | | CHAPTER: **13** |
|---|---|---|---|
| **BRYAN KEITH SWANSON AND JAMIE ANN SWANSON** | | Debtor(s). | CASE NO.: **8:09-bk-18798-ES** |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 6, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/6/2010 | Taylor Newbold | */s/Taylor Newbold* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised December 2009*    **F 4001-1M.RP**